IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIE ORZECHOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF ALSIP, HAZELGREEN, and OAK LAWN SCHOOL DISTRICT NO. 126, JAY HOLLINGSWORTH and GINA FISKE,<br><br>Defendants. | No. 14 C 3749 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants hereby stipulate and voluntarily request that this Court enter an order dismissing the above-captioned with prejudice and without costs. The reason for the voluntary dismissal with prejudice is that the parties' dispute has been satisfactorily resolved.

| CHRISTINE ORZECHOWSKI | BOARD OF EDUCATION OF ALSIP, HAZELGREEN, and OAK LAWN SCHOOL DISTRICT NO. 126, JAY HOLLINGSWORTH and GINA FISKE |
|---|---|
| /s/ Timothy J. Coffey<br>By: Timothy J. Coffey | /s/ Rachel E. Lutner<br>By: Rachel E. Lutner<br>One of its Attorneys |
| Date: February ___, 2015 | Date: February ___, 2015 |
| Timothy J. Coffey<br>The Coffey law Office, P.C.<br>351 W. Hubbard, Suite 602<br>Chicago, IL 60654 | Rachel E. Lutner (6225505)<br>Frank B. Garrett III (6192555)<br>Robbins, Schwartz, Nicholas,<br>  Lifton & Taylor, Ltd.<br>55 West Monroe Street, Suite 800<br>Chicago, Illinois 60603-5144<br>(312) 332-7760 telephone<br>(312) 332-7768 facsimile |

479969v1

## CERTIFICATE OF SERVICE BY ELECTRONIC MAILING

      I hereby certify that I electronically filed the foregoing Stipulation of Voluntary Dismissal with Prejudice with the Clerk of the Court using the CM/ECF system on this 18th day of February, 2015, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:


      /s/ Rachel E. Lutner
      Rachel E. Lutner